29,870-03



# CATHERINE EVANS

JUDGE, 180TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002
(713) 755-6344

October 8, 2015

The Honorable Abel Acosta
Clerk of the Court
Court of Criminal Appeals
PO Box 12308
Austin, Texas 78711

Re:    No. WR-29,870.03
       Cause No. 1282632-A; *Ex Parte Bobby Henry; In the 180th Judicial District, Harris County, Texas*

Dear Mr. Acosta,

Regarding the above-referenced matter, I am requesting an extension of time. The attorney's affidavit was filed yesterday, October 7, 2015. I have been informed by the State that the prosecutor expects to file proposed findings of facts and conclusions of law next week.

Therefore **I am requesting an extension until November 9, 2015.**

Copies of this letter have been forwarded to Mr. Henry and the Harris County District Attorney's Office. .

Thank you for your kind attention to this matter.

Very truly yours,

Catherine Evans
Presiding Judge
180th Judicial District

cc:
Bobby Henry
#1719613 Wayne Scott Unit
6999 Retrieve
Angleton, Texas 77515

Sharon Y. Chu
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, Texas 77002

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 14 2015

Abel Acosta, Clerk